JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK NAZEMI,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC; COMPUTERSHARE HOLDINGS, INC.; DOES 1–10,<br><br>Defendants. | Case No. 2:22-cv-05006-MCS-PVC<br><br>**JUDGMENT** |

    Pursuant to the Court's Order re: Defendants' Motion to Dismiss First Amended Complaint under Fed. R. Civ. P. 12(b)(6), it is ordered, adjudged, and decreed that this case is dismissed without leave to amend. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: October 31, 2022

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1